UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KERI MARIE FORNER,

    Plaintiff,

v.

    Case No. 1:20-cv-571

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

# JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is AFFIRMED.

Dated:  November 12, 2021          /s/  Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge